IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARIA L. DE JESUS GOMEZ,<br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, [1]<br>**Acting Commissioner of Social Security Administration,**<br>    Defendant. | CIVIL ACTION<br><br><br><br><br>NO. 12-6581 |

## O R D E R

**AND NOW,** this 3rd day of November, 2014, upon consideration of the Complaint and Request for Review filed by plaintiff, Maria L. De Jesus Gomez, and the record in this case, and the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey dated August 29, 2014, no objections having been filed, **IT IS ORDERED** as follows:

1.  The Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey dated August 29, 2014, is **APPROVED** and **ADOPTED**;

2.  Plaintiff's Request for Review and the relief requested in the Complaint are **GRANTED** to the extent that plaintiff seeks a remand to the Commissioner of the Social Security Administration and **DENIED** in all other respects; and,

3.  The case is **REMANDED** to the Commissioner of the Social Security Administration in accordance with the fourth sentence of 42 U.S.C. § 405(g) for further

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin is substituted for Michael J. Astrue as the defendant in this suit.

proceedings consistent with the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey dated August 29, 2014.

**BY THE COURT:**

**/s/ Jan E. DuBois**

**DuBOIS, JAN E., J.**